Werner H. Sommers, executor of the estate of James L. Bynum, deceased, and A. B. Chrzanowski, appellants, v. E. Sabath et al., trading as Sabath & Kauffman, appellees. Gen. No. 38,180.

Opinion filed November 12, 1935.

A. B. Chrzanowski, *pro se,* and Henry J. Gibbs, for appellants; Henry J. Gibbs, of counsel. Robertson, Crowe & Spence, for appellees; Eugene P. Kealy, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.